ROBERT GENE STOKES
209 W. JACKSON ST. APT. 227
PHOENIX TX 85003
(602) 503-3259

```
___✓ FILED      ___ LODGED
___ RECEIVED   ___ COPY
      APR 0 5 2018
  CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____HH_____ DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERT GENE STOKES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN KENNEDY JR.; JACK IN THE BOX; SUPER 8 MOTEL; UPS,<br><br>　　　　Defendant(s). | CASE NUMBER:　CV-18-1051-PHX-JZB<br><br>COMPLAINT |

### Jurisdiction

This court has jurisdiction over this matter pursuant to §§ JOHN KENNEDY JR. JACK IN THE BOX. SUPER 8 MOTEL. AND UPS.. The plaintiff is a resident of PHOENIX, Maricopa County, TX and a citizen of the United States. The defendant, , is a resident of PHOENIX, TX and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

IN 1997 OR 98 JOHN KENNEDY JR. CAME TO GREG AND MY APTS, . IN AUSTIN, TEXAS. I, ANSWER THE DOOR, NAD JOHN JR. SAID, I, NEED TO TALK TO GREG AND I, CALLED GREG. AND THE BLACK ,POLICE, OFFICER WAS TALKING, TO GREG. FOR, ABOUT 5 MIN. AND, HAD GREG, FOR ABOUT, 5MIN AN TOOK HIM, OUTSIDE.. AND, JONH JR. TOLD ME TO SET, ON THE COACH. AND, I, DID .. THEN, TOLD ME TO LOOK AT THE, T.V. AND I, DID. THEN JONH HAD HIS, LARE, PINUS ,ON MY HEAD, AND NECK ,FOR ABOUT 2HSR. AND, TURN AROUD, AND OPEN THE DOOR, AND SHUT, THE DOOR. . IT, WAS, WAS A FIGHT, OUTSIDE, AND I, LOOKED, OUTSIDE, THE WINDOW, AND SAW, JOHN JR., GETTING, INTO THE, CAR,AND WENT, EAST.. LATER, TAHT DAY,. GREG, DID NOT COME HOME. THEN, I, WENT, TO SLEEP. AND, WOKE UP. AND, THERE WAS SPERM, IN MY ANUS. THE ,SECONED DAY THERE WAS LOTS, OF SPERM, IN MY ANUS, THEN, I, CLENED IT OUT, FOR 2HR. THE, NEXST DAYS. I, HAD, SPERM, IN MY ANUS, FOR 6 OR 14 DAYS. MY, FRIEND, CAME.BACK. LAGHING. FOR ABOUT, 4 CONSECUTIVED; DAYS. THEN, HE SAID,' YOU AND

THAT JONH JR. MY, GOODN.ESS.' .LATER THAT, DAY. SPIKE LEE, CHARLES BARKELY AND SAMULE JACKSON WAS HEVY IN MYSLEEP, AND PAT NORFOR OF FIRST PENTECOSAL AND MICHEL OF PERCY L. JULIAN ,WAS VERY HEVALY, IN MY DREAMS, AND ,THEN,GREG AND I, WE LEFT AUSTIN , TX, TO GALVESTON, TX. ' I, DO, NOT, KWOW.' I, BELIVE, IN CONCULSION, THAT,JOHN JR. KENNEDY, WAS IN MY, ANUS, FOR 6 OR 14 DAYS. WHILE , SLEEPING. 2. JACK IN THE BOX, WAS SOME THING. FIIRST, THEY PUT A BEE, AND SILAVA IN MY DRINK. I, SPITED OUT, AND, LEAFT. ON MCDOWEL AND 78TH AVE. IN PHX.. SECONDLY, WE WERE, HAVING TROUBLLE WITH THE CHARCE AMOUT .THE LADIE, ON 7TH STREET 'TAKE IT. TERE IS A PROBLEM'. THIRDLY, THE MAN. HAD TROUBLE, WITH MY CARD. AND, CHARCED ME. AND I, DID NOT GO BACK. 3. SUPER 8 MOTEL, IN SAN DIEGO. THEY ARRESTED,MY FRIND ,OUT OF THE MOTEL. HE, LEFT AND I, STAYED. THEN, LATER, THE ASST. MGN. HRS. LATER, TOLD ME TO LEVE. I, TRYED, LOOKING, FOR MY FRINDS, KEYS. BUT I, COUDL, NOT FIND THEM. THEN, I , LEFT. TO A HOSPITAL, BECAUSE, I, FELL ON MY HEAD. I, WAS IN THE HOSPITAL FOR 6 DDAY. IN 2014. 4. UPS. IN 1982 OR 83 I WAS CRUSED BY A ROOLER, BEALT. I, COULD, NOT GET OUT OF IT.. THE MNG. HERD ME. AND, HELP ME, GET OUT. I, DID. AND THE MGN. TOLD ME TO GO HOME . BECAUSE, MT BACK WAS, HUTING AND, MY SPINE. AND BOTH OF MY LEGS WERE HURTING. WE, TALK TO THE HEAD MGN. AND HE, SAID ,' I CAN'T HELP YOU, MR. STOKES', SO, WE, LEFT. AND, THE MORNING WE TALK TO THE DR. AND HE SAID ,'DON'T GO BACK, NO MORE'. AND, HAVE, THEM PAY FOR YOUR BILL, AND THE, ACCIDENT. AND ,UPS,THEY STILL WON'T PAY.

## Demand

JOHN KENNEDY IS DEATH, BUT, I, WON'T A SETTEMENTFOR BEING RAPED.. I, NEED, TO BE. SETTLED, FOR THE PAIN. I, SUFERED AT.SUPER 8 MOTEL, YOU NEED TO SETTLE WITH ME, UPS, JACK IN THE BOX, IT'S TIM E, TO SETTEL, WITH ME. **Damages: $JONH F. KENNDY JR. 15,500,000.00. JACK IN THE BOX SUING FOR 200,000.00. UPS,I, AM SUING FOR 200 000.00 SUPER 8 I, AM SUING 200,550,000.00** JONH KENNEDEY JR. THIS THE SECOND TIME, I'VE SEEN YOU , PAY UP, SUPER 8TH, WE, DID NOT BOTHER NO ONE BRO. UPS, PAY YOUR BILL, IT'S, BEEN AWHILE. JACK IN THE BOX, I NEVER, DID ,ANTHING TO YOU.

Date: 4-5-18

Signature of Pro Se Plaintiff
ROBERT GENE STOKES